FILED '07 SEP 04 09:28 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DAWN MCGOWAN, | ) | CV 07-3004-PA |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| WORLD FAMOUS, INC., dba WORLD FAMOUS AUTO, | ) | |
| Defendant. | ) | |

**PANNER, Judge.**

Defendant's motion (# 23-1) for partial summary judgment is denied. Plaintiff's sexually hostile work environment claim is premised on more than just the magazines. The totality of the work environment must be considered.

Defendant's motion (# 23-2) to dismiss the parallel state law claim for lack of jurisdiction is denied. ORS 659A.885 does not prevent a federal court from exercising supplemental jurisdiction over Plaintiff's claim. The breadth of this court's subject matter jurisdiction is determined by federal law.

IT IS SO ORDERED.

DATED this 4th day of September, 2007.

*/s/ Owen M. Panner*
OWEN M. PANNER
UNITED STATES DISTRICT JUDGE

1- ORDER